```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

LISA PETERSON, et al.,         )
                               )
        Plaintiffs             )
                               )      No. 3:09-cv-0628
v.                             )      Judge Sharp/Brown
                               )      **Jury Demand**
JAMES DEAN, et al.,            )
                               )
        Defendants             )

## O R D E R

On October 23, 2013, the Sixth Circuit Court of Appeals entered an order (Docket Entry 304) denying the parties permission to proceed with an interlocutory appeal of Judge Sharp's February 21, 2013, order (Docket Entry 299) in this matter.

A telephone conference with Magistrate Judge Brown is set for **Thursday, January 23, 2014, at 11:00 a.m. (CST)**. The parties are required to dial (615) 695-2851 at the scheduled time to join the conference call. At the conference, the parties should be prepared to discuss possible trial dates for this case.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge