UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LISA PETERSON, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:09-cv-628 |
| | ) | JURY DEMANDED |
| JAMES DEAN, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL ORDER

Pending before the Court is the Joint Motion for Entry of Final Judgment in this matter. The Court has previously ruled that the position of Administrator of Elections, the position either held by the Plaintiffs at the time of their terminations, or sought by the Plaintiff in the case of Brenda Dodson the former Rhea County Administrator, is one which is subject to political patronage. The parties having agreed that the political patronage issue as previously determined by the Court is dispositive of the case, it is accordingly **ORDERED**, that the motions to dismiss and the motions for summary judgment (Docket Entries 213, 216, 222, 225, 228, 231, 234, 237 & 240) are granted for the reasons set forth in the Memorandum Opinion (Docket Entry 298) and this matter is **DISMISSED WITH PREJUDICE**. The remaining portions of the motions for summary judgment which raised alternative grounds, *e.g.* performance, expiration of the term, etc., are denied as moot in light of the Court's ruling on the patronage issue. This shall constitute the final judgment in this matter.

**IT IS SO ORDERED**.

_____
**KEVIN H. SHARP**
**UNITED STATES DISTRICT JUDGE**